# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRANDON TIMOTHY GATES,

*Plaintiff*

v.

CHERLY STRANGE, JEFFERY UTTECHT, DANIEL HOLLIBAUGH, TRACY SCHNIEDER, and SGT. JOHN TURNER,

*Defendant*

Civil Action No.  4:21-CV-05077-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 02, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 9) is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion to Voluntarily Dismiss Complaint (ECF No. 9).

Date: 9/2/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams